

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

March 28, 2016

**VIA ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

           Re:    Anthony v. Arthur Glick Truck Sales, Inc., et al.
                  15-cv-7270 (NSR)

Dear Judge Roman:

      Defendants are in receipt of Plaintiff Pro Se's March 21, 2016 filings. We respectfully request a conference before the Court to address the purported Motion for Default Judgment and/or Leave to Amend the Complaint, which was not properly filed.

      On the merits, the proposed Motion should be denied because Docket Entry Number 6 states, "MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. Robin Bolles served on 12/23/2015, answer due 2/22/2016." Docket Entry Number 12 shows that Robin Bolles timely filed her Answer on February 22, 2016.

      The other Defendants' Answer was not due until March 14, 2016, according to Docket Entry Numbers 7, 8, 9, and 10. However, those Defendants timely filed their Answers on February 22, 2016 as well.

      Defendants request a conference at the Court's convenience, if necessary, or alternatively, if the Court accepts Plaintiff's filings as a Motion and requires a response by Defendants, a date by which such opposition should be filed.

                                Very truly yours,

                                JACKSON LEWIS P.C.

                                Greg Riolo

cc:    Nicole Anthony
        1114 Route 52
        P.O. Box 70
        Loch Sheldrake, NY 12759