UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

NICOLE ANTHONY,                                               15 Civ. 07270 (NSR) (LMS)

                Plaintiff,                                  Notice of Limited Appearance
                                                           of *Pro Bono* Counsel

    - against -

ARTHUR GLICK TRUCK SALES, INC., et al.; ARTHUR
GLICK (President, Arthur Glick, Inc.); TODD GLICK (Vice
President, Arthur Glick, Inc.); BARRI GLICK (Secretary,
Arthur Glick, Inc.); and ROBIN BOLLES (Comptroller,
Arthur Glick, Inc.),

                Defendants.
_____X

    To the Clerk of this Court and all parties of record:

Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Nicole Anthony Plaintiff pursuant to the Court's order dated April 22, 2016 (Docket Entry #18).

Date: June 29, 2016

                                                                           /s/_____
                                                                           Brian Lehman
                                                                           Matthew Ortiz
                                                                           brian@lehmanlawgroup.com
                                                                           matthew@lehmanlawgroup.com
                                                                           Lehman Law Group
                                                                           47-39 Vernon Blvd.
                                                                           Long Island City, NY 11101
                                                                           (724) 453.4626