# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| NICOLE A. ANTHONY <br> *Plaintiff* <br> v. <br> ARTHUR GLICK TRUCK SALES, INC., ET AL. <br> *Defendant* | Case No. 15 Civ. 7270 (NSR)(LMS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicole A. Anthony, Plaintiff

Date:   11/15/2016

*Attorney's signature*

Elizabeth Franqui, Esq. (8313) Bar No. 2900033
*Printed name and bar number*
FRANQUI LAW PLLC
10 Allen Street
Middletown, New York 10940

*Address*

ef@employmentlawyerny.com
*E-mail address*

(917) 518-7829
*Telephone number*

(845) 872-9645
*FAX number*